UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.  3:20-cv-00511-TJC-JRK

CLIFTON DYER,

    Plaintiff,

v.

FAY PROPERTIES OF VIRGINIA, LLC, a foreign limited liability company d/b/a APM INN & SUITES JACKSONVILLE; FAY PROPERTIES, LLC, a foreign limited liability company, MOHAMMED ALHARMOOSH, and JAWAD ALHARMOOSH,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT AT MEDIATION**

The Plaintiff and the Defendants notify the Court they settled the case during their second mediation on December 15, 2021.

Respectfully submitted this 15th day of December 2021 by,

| | |
|---|---|
| */s/ Peter Bober, Esq.* | */s/ Ben H. Cristal, Esq.* |
| Fla. Bar # 0122955 | Cristal Law Group |
| Bober & Bober, P.A. | Florida Bar # 84761 |
| peter@boberlaw.com | P.O. Box 16680 |
| 2699 Stirling Road, Suite A-304 | Clearwater, FL 33766 |
| Hollywood, Florida 33312 | Tel: (813) 258-8500 |
| Tel. (954) 922.2298 | mail@cristallawgroup.com |
| peter@boberlaw.com | *Attorney for the Defendants* |
| *Counsel for Plaintiff* | |