UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLIFTON DYER,

    Plaintiff,

v.                                           Case No. 3:20-cv-511-TJC-LLL

FAY PROPERTIES OF VIRGINIA, LLC, a foreign limited liability company, FAY PROPERTIES, LLC, a foreign limited liability company, MOHAMMED ALHARMOOSH, and JAWAD ALHARMOOSH,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE AND REFERENCE

The Court has been advised that this FLSA case has been settled (Doc. 61). Accordingly, it is hereby

**ORDERED:**

1. This case was brought in part under the Fair Labor Standards Act (FLSA). (See Doc. 1). FLSA provisions are mandatory, not subject to negotiation or bargaining between employers and employees, and not subject to waiver. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982). Therefore, the parties will be required to submit settlement documents

for the Court's review, if the claim or claims have been compromised, or other appropriate dismissal documents.[1]

2. The parties shall have until **January 26, 2022** to file the appropriate documents.

3. In accordance with this Court's Scheduling Order, any motion for approval of a settlement reached by the parties is referred to the assigned United States Magistrate Judge for the preparation of a Report and Recommendation as to whether such settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. See Lynn's Food Stores, 679 F.2d at 1354–55. **If the parties wish to expedite the resolution of any such motion by allowing the United States Magistrate Judge to enter an order on the motion rather than preparing a Report and Recommendation to be considered by the undersigned, the parties may consent to the United States Magistrate Judge conducting all remaining proceedings in this action, including entry of judgment and any post judgment matters.**[2] If the parties choose to

---

[1] However, if the parties have settled this matter without compromise, they may file a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41 to close this file.

[2] The consent form may be found on the Court's website at https://www.flmd.uscourts.gov/sites/flmd/files/forms/flmd-ao85-notice-consent-and-reference-of-a-civil-action-to-a-magistrate-judge.pdf. Please note that all parties must execute the same form.

submit the consent form, they should do so simultaneously with submitting settlement documents.

4. The Clerk of the Court is directed to terminate all pending motions, vacate all other deadlines, and administratively close this case pending further Order.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of December, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Honorable Laura Lothman Lambert
United States Magistrate Judge

Counsel of record